FRANK A. WAGNER, ADMINISTRATOR, ETC., RESPOND-
ENT, v. PRINCETON WORSTED MILLS, INCORPORATED,
APPELLANT.

Submitted February 17, 1933—Decided May 15, 1933.

For the respondent, *Charles Quinn.*

For the appellant, *Wall, Haight, Carey & Hartpence.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by the Supreme
Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PAR-
KER, LLOYD, CASE, BODINE, HEHER, VAN BUSKIRK, KAYS,
HETFIELD, DEAR, WELLS, DILL, JJ. 13.

*For reversal*—None.